Russell Firebaugh, appellee, v. Sam Cohn et al., defendants, on interlocutory appeal of Sam Cohn, appellant. Gen. No. 36,020.

Opinion filed June 22, 1932.
Rehearing denied July 8, 1932.

Karlin, Cohen & Karlin, for appellant. John A. Blake, for appellee; Arthur Abraham, of counsel.

Mr. Justice Wilson delivered the opinion of the court.